IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

|  |  |  |
|---|---|---|
| EVEREST WEALTH MANAGEMENT, INC. | * | |
| Plaintiff | * | Case No. 1:13-CV-1714-JFM |
| v. | * | |
| JOHN DOE and DOE, INC. a.k.a. Mike@LongTermReturns.com, | * | |
| Defendants | * | |

## MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO ENTRY OF A SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 26(d)(1) and Local Rule 104.4, Plaintiff Everest Wealth Management, Inc. ("Everest"), by its undersigned counsel, respectfully requests leave to serve a third party subpoena prior to the entry of a Scheduling Order, and for good cause states:

1. This case arises from false and defamatory statements published on the website www.LongTermReturns.com ("Website"). (Verified Compl., ¶ 2.)

2. Everest recently learned that on or about September 24, 2012, Does I and II published statements on the Website that wrongfully accuse Everest of illegally operating in the United States and engaging in deceitful conduct, which statements form the basis of Everest's lawsuit filed contemporaneously herewith. (Verified Compl., ¶ 7.)

3. Does I and II are the owners of the Website and publishers of the defamatory statements. (Verified Compl., ¶ 2.)

4. Does I and II have not registered the Website in their own names, but rather through an Internet anonymity company, Whois Privacy Protection Services, Inc. ("WPPS").[1] (Verified Compl., ¶ 2.)

5. Everest seeks leave to serve a subpoena on WPPS prior to the entry of a Scheduling Order so that Everest may learn the identities of Does I and II.

6. Absent leave to serve the subpoena, the identities of the owners of the Website are unlikely to be determined.

WHEREFORE, Everest requests that the Court grant it leave to serve a third party subpoena upon Whois Privacy Protection Services, Inc. prior to entry of a Scheduling Order.

Respectfully submitted,

June 13, 2013

/s/ Christopher J. Lyon
James B. Astrachan (Fed. Bar No. 3566)
Christopher J. Lyon (Fed. Bar No. 27443)
Daniel P. Doty (Fed. Bar No. 28247)
ASTRACHAN GUNST THOMAS P.C.
217 East Redwood Street
Suite 2100
Baltimore, Maryland 21202
410.783.3550 telephone
410.783.3530 facsimile
*Attorneys for Plaintiff*

---

[1] Ordinarily, the owner of an Internet domain name such as the Website can be readily determined because rules established by the Internet Corporation for Assigned Names and Numbers ("ICANN") require valid contact information be publicly available for all domain names. WPPS is a service that enables persons such as Does I and II to circumvent this requirement by listing, for a fee, WPPS as the proxy owner.